to the Court of Appeal, Third Circuit, Parish of Vermilion. 219 So.2d 557; 219 So. 2d 551; 219 So.2d 558 (2 cases); 219 So.2d 559.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

Application denied. There appears no error of law in the ruling complained of.

221 So.2d 522

**STATE of Louisiana**

**v.**

**Roy S. HALCOMB.**

**No. 49827.**

May 5, 1969.

In re: Roy S. Halcomb applying for writ of certiorari (review) and for a stay order.

The application is denied. This court will not interfere with the orderly proceedings in the trial court in the absence of a showing of irreparable injury. Applicant has a remedy by appeal in the event of an adverse judgment on the merits.

221 So.2d 522

**STATE ex rel. Patrick MULLEN**

**v.**

**Wingate WHITE, Warden Louisiana State Penitentiary.**

**No. 49809.**

May 5, 1969.

In re: Patrick Mullen applying for writ of habeas corpus and/or writ of certiorari and prohibition.